# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40121**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Terrance LITTLE II**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 8 June 2022

————————————

*Military Judge:* Shad R. Kidd.

*Sentence:* Sentence adjudged on 7 April 2021 by GCM convened at McConnell Air Force Base, Kansas. Sentence entered by military judge on 7 May 2021: Dishonorable discharge, confinement for 18 months, and reduction to E-1.

*For Appellant:* Major Stuart J. Anderson, USAF; Captain Alexandra K. Fleszar, USAF.

*For Appellee:* Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before POSCH, RICHARDSON, and CADOTTE, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court